**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00859-CV

**THERESA BARNETT, Appellant**

**V.**

**DAVID S. CROCKETT, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136**

## ORDER

We **GRANT** appellant's July 17, 2014 first motion for extension of time to file her affidavit of indigency. The affidavit filed in this Court on July 17, 2014 is deemed timely filed. Pursuant to Texas Rule of Appellate Procedure 20.1(h)(4), we refer the affidavit to the trial court. *See* TEX. R. APP. P. 20.1(h)(4). Under appellate rule 20.1(e), the clerk, reporter, or any party may challenge the indigency claim by filing a contest with the trial court clerk. *See id.* 20.1(e). We **ORDER** any contests be filed no later than August 4, 2014 and the hearing on any contests be held no later than August 14, 2014. *See id.* 20.1(e),(i). We further **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than August 20, 2014, either (1) a supplemental clerk's record containing a copy of any contests and any order on the contests or (2) written verification that no contests were filed. We **DENY** appellant's July 13, 2014 amended motion

to apply rule 2 of the rules of appellate procedure to "suspend application of any rule within the Texas Rules of Appellate Procedure, including rule 9 and the short time-table to comply that would otherwise prevent this Court from ruling thoughtfully and quickly in favor of Appellant."

We **DIRECT** the Clerk of the Court to send copies of this order to (1) the Honorable Tonya Parker, Presiding Judge of the 116th Judicial District Court; (2) Renee Carroll, Official Court Reporter of the 116th Judicial District Court; (3) Mr. Fitzsimmons; and, (4) the parties.


/s/     ELIZABETH LANG-MIERS
        JUSTICE